AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Frankie Dame Telephone: (313) 226-9100
Special Agent: Kimberly Olech Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Colin Harris

Case No. 26-mj-30529

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of on or about August 31, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kimberly Olech, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature] Elizabeth A. Stafford
*Judge's signature*

Date: August 31, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kimberly Olech, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I have been employed as a Special Agent with the Federal Bureau of Investigation since September 2017. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses. I am currently assigned to the Detroit FBI Violent Gang Task Force and conduct investigations into street gangs committing various violations of federal law, to include narcotics and weapons trafficking and violent crime.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The FBI is currently conducting a criminal investigation concerning Colin Harris (DOB: XX/XX/2001), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

4. In 2022, Harris was convicted in this Court of felon in possession of a firearm under 18 U.S.C. § 922(g)(1) and aggravated identify theft under 18 U.S.C. § 1028A(a)(1). *See* EDMI Case No. 22-cr-20022. Harris has two other felonies from Detroit: carrying a concealed weapon and fleeing and eluding—both in 2019.

5. On August 9, 2026, Detroit Police were dispatched to a felonious assault report at Beaumont Royal Oak. Upon arrival, police spoke with the charge nurse, who stated that domestic violence victim K.C. was discharged around 5:00 a.m. that morning. Police spoke with K.C. via phone. K.C. stated that after a funeral she spent the evening with her old boyfriend—Harris—and some other folks. K.C. stated Harris was "walking around with his Draco" when someone asked to hold the gun. K.C. said the person then left with Harris's Draco, and Harris became upset. Harris then went inside the residence and retrieved a "black Smith and Wesson" handgun. Harris then began blaming K.C. for the disappearance of his Draco, yelling at her about letting the people take his gun. K.C. stated that Harris hit her in the back of her head with the Smith and Wesson handgun, knocking her the ground. She was bleeding from her head and ear, so she drove herself to Beaumont Royal Oak Hospital.

6. On August 20, I interviewed K.C. Her statement to me was consistent with her statement to the Detroit police—and she added a few more details, too.

She said a man took the Draco away from Harris because he was walking with it and waving it around. After the man took the Draco away from Harris, Harris began arguing with a group of males at the gathering. Then he got a black pistol and pointed it at K.C. Men were holding Harris back, but he got loose and charged at her. He pulled her hair and punched her causing her to fall to the ground. K.C. got up and Harris came at her again with the gun in his hand. K.C. said Harris struck her in the head with the gun. She heard someone yell, "You just pistol whipped her! You're going to jail!" K.C. then went to the police and the hospital.

7. K.C. showed me her discharge paperwork from Corewell Health William Beaumont University Hospital. The instructions stated K.C. was seen for an injury to her head and that she received two staples in her scalp.

8. K.C. provided the following pictures of her injuries and staples:





9. K.C. stated the day after she was assaulted that Harris's friend posted a picture on his Instagram of a black pistol with black hair coming out of the muzzle with this text: "Pistol whipping btcs I got weave stuck in my Gen":



Based on my training and experience I know "btcs" is abbreviated for "bitches." K.C. believes this post is referencing the assault on her. I agree. Because this post was made so shortly after K.C. was assaulted, I believe this was likely the gun Harris used to assault K.C.

10. On August 31, 2026, I executed a search warrant at Harris's house—1***7 San Jose St. This is Harris's registered address with probation. His probation officer has visited him there several times—including as recently as last week. And Harris's phone has been consistently pinging to that location for about a week. Before executing the search warrant, I executed a cell-site simulator warrant and saw that Harris's phone was at his home.

11. During the search, I found a Glock, Model 30S, .45 caliber handgun in a bedroom. I believe that bedroom is Harris's because it had his prescription medication and federal supervised release paperwork in it, and when we allowed Harris to get clothing before leaving the house, he got clothing for himself out of that bedroom. That Glock is stolen out of Detroit. It was loaded and had a round in the chamber.

12. On August 31, 2026, an ATF interstate nexus expert reviewed a written description of the Glock and concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in 18 U.S.C. § 921(a)(3).

## II. CONCLUSION

13. Probable cause exists to believe that Colin Harris, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock, Model 30S, .45 caliber handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about August 31, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Kimberly Olech, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means

Elizabeth A. Stafford
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated: August 31, 2026